FILED
October 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>            Plaintiff,                         )<br>v.                                                      )<br>                                                              )<br>Dino Rosetti,                                  )<br>                                                              )<br>            Defendant.                     ) | Case No.  2:08-cr-474 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Dino Rosetti   Case 2:08-cr-474 EJG  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Secured bond in the amount of $50,000, secured by defendant's 401(k) account, and co-signed by defendant's wife

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 10/10/08       at   2:15 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge