MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6ᵀᴴ FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-474 EJG |
| Plaintiff, | ) ) ) | **STIPULATION OF THE PARTIES FOR MODIFICATION OF PRETRIAL** |
| v. | ) ) | **RELEASE SPECIAL CONDITION NUMBER 6; ORDER** |
| | ) ) | Date: N/A |
| DINO ROSETTI | ) ) | Time: N/A |
| | ) | Judge: KIMBERLY J. MUELLER |
| Defendants. | | |

   The parties hereto, plaintiff, defendant, and the Pretrial Services Agency, hereby agree to the following modification of Special Condition of Release 6:

   Defendant shall be allowed to do the bookkeeping and pay bills for his office, at that business, and he shall be allowed to meet with Real Estate Agents at the office and at their respective offices, and he shall not be allowed to directly or indirectly work in the mortgage loan funding process.

Stipulation to modify pretrial release; Order

All other terms and conditions of the defendant's pre trial release shall remain in full force and effect.

AGREED

DATED: November 26, 2008         /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for Defendant

                                 McGREGOR W. SCOTT
                                 United States Attorney

DATED: November 26, 2008.        /s/MARK J. REICHEL for:
                                 COURTNEY LINN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

DATED: November 26, 2008

                                 /S/ MARK J. REICHEL for
                                 STEVE SHEEHAN
                                 Pre Trial Services Officer

ORDER

IT IS SO ORDERED.  All remaining conditions shall remain In full force and effect.

DATED: December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

Stipulation to modify pretrial release; Order         2