1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  DINO ROSETTI

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No. CR-S-08-474 EJG
                                 )
12             Plaintiff,        )   **STIPULATION AND ORDER**
                                 )   **CONTINUING STATUS CONFERENCE**
13        v.                     )
                                 )   Date: February 20, 2009
14                               )   Time: 10:00 a.m.
                                 )   Judge: Hon. Edward J. Garcia
15  DINO ROSETTI                 )
                                 )
16             Defendants.       )
17  _____

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through

    their respective counsel, PHILLIP FERRARI, Assistant United States
19
    Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney
20
    for defendant, DINO ROSETTI, that the present date for the status
21
    hearing be vacated and re calendared for February 20, 2009.
22
         This continuance is requested as defense counsel needs adequate
23
    time to prepare for the case.  Defense counsel has just received a
24
    large volume of discovery and will be researching for motions to file.
25
         Accordingly, all counsel and defendant agree that time under the
26
    Speedy Trial Act from the date this stipulation is lodged, through
27

28  Stip and Order continuing status hearing

1   February 20, 2009 should be excluded in computing the time within which

2   trial must commence under the Speedy Trial Act, pursuant to Title 18

3   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4   DATED: January 8, 2009.  Respectfully submitted,

5                           MARK J. REICHEL, ESQ.

6                           /s/ MARK J. REICHEL

7                           MARK J. REICHEL<br>                          Attorney for defendant<br>                          DINO ROSETTI

8

9                           McGREGOR W.  SCOTT<br>                          United States Attorney

10

11   DATED: January 8, 2009.  /s/MARK J. REICHEL for:

12                           PHILLIP FERRARI<br>                          Assistant U.S. Attorney<br>                          Attorney for Plaintiff

13

14   _____ **O R D E R**

15      **IT IS SO ORDERED.**  Time is excluded in the interests of justice

16   pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

17

18   DATED: January 8, 2009.

19                           /s/ Edward J. Garcia

20                           THE HONORABLE EDWARD J. GARCIA<br>                          Senior, United States District Court Judge

21

22      Defense counsel for DINO ROSETTI hereby files this
Status Conference Memorandum prior to the first appearance of
the parties in District Court. The government, through

23   counsel, and counsel for co defendant Michael Long, Esq.,
have reviewed this Memorandum and join and agree to the

24   requests contained herein, making such requests the joint
request for all parties.

25

26

27      The parties have made initial appearances and
arraignment on the indictment in the Magistrate's Court on
October 10, 2008. The initial discovery of 14,500 pages was

28   provided to defense counsel on October 17, 2008. The

Stip and Order              2

1   government has advised that additional discovery will be
2   provided within the next 2 weeks, and will number a few
    thousand pages as well.
3       All parties, defense and the government, will request a
    further status conference before the District Court on
4   January 9, 2008 at 10:00 a.m., if that date is available with
    the court. It is anticipated that at that time there will be
5   either change of pleas or a motion schedule to be set.
        Defense counsel will use the time from the First Status
6   Conference until the next court appearance before the
    District Court for the review of the discovery provided to
7   date and the anticipated further discovery, for the location
    and interview of witnesses, for  consultations with their
8   respective clients, for legal research on certain matters,
    and negotiation with the government.
9       The parties will move the court and request that time
    under the Speedy Trial Act from the date of October 24, 2008
10  through January 9, 2008, or whatever next date is set before
    the District Court, be excluded in computing the time within
11  which trial must commence under the Speedy Trial Act,
    pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
12  Code T4 for effective defense preparation.

13
    DATED: October 22, 2008.       Respectfully submitted,
14
                                   /s/ MARK J. REICHEL
15                                 MARK J. REICHEL
                                   Attorney for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                    3