MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-474 EJG |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF THE PARTIES** |
| | ) | **FOR MODIFICATION OF PRETRIAL** |
| v. | ) | **RELEASE SPECIAL CONDITION** |
| | ) | |
| | ) | Date: N/A |
| | ) | Time: N/A |
| DINO ROSETTI | ) | Judge: KIMBERLY J. MUELLER |
| | ) | |
| Defendants. | | |

The parties hereto, plaintiff, defendant, and the Pretrial Services Agency, hereby agree to the following modification of Special Condition of Release:

Defendant shall be allowed to liquidate his 401K Retirement account held with Meryl Lynch/Chase in order to pay his property taxes which are both over due and due on the property he owns at 950 Reserve Drive Suite 160, Roseville, CA.

Stipulation to modify pretrial release

All other terms and conditions of the defendant's pre trial release shall remain in full force and effect.

AGREED

DATED: February 5, 2009          /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for Defendant


DATED: February 5, 2009          LAWRENCE BROWN
                                  UNITED STATES ATTORNEY

                                  /s/ MARK J. REICHEL FOR
                                  Phillip Ferrari
                                  Assistant United States
                                  Attorney


DATED: February 5, 2009

                                  /s/
                                  Mark J. Reichel for
                                  STEVE SHEEHAN
                                  Pretrial Services Officer

ORDER

IT IS SO ORDERED. All remaining terms and conditions shall remain in full force and effect.

DATED: February 6, 2009.

U.S. MAGISTRATE JUDGE

Stipulation to modify pretrial release                 2