1    MARK J. REICHEL, State Bar #155034
     THE LAW OFFICES OF MARK J. REICHEL
2    455 CAPITOL MALL, 3rd FLOOR, Suite 350
     Sacramento, California  95814
3    Telephone:  (916) 498-9258
     FAX:        (916) 441-6553
4    mark@reichellaw.com
     www.reichellaw.com
5
     Attorney for Defendant
6    DINO ROSETTI

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,   )   Case No. CR-S-08-474 EJG
                                 )
12              Plaintiff,       )   **STIPULATION AND ORDER**
                                 )   **CONTINUING STATUS CONFERENCE**
13       v.                      )
                                 )   Date: March 20, 2009
14                               )   Time: 10:00 a.m.
                                 )   Judge: Hon. Edward J. Garcia
15   DINO ROSETTI                )
                                 )
16              Defendants.      )
     _____

17
          **IT IS HEREBY STIPULATED** by and between the parties hereto through
18
     their respective counsel, PHILLIP FERRARI, Assistant United States
19
     Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney
20
     for defendant, DINO ROSETTI, that the present date for the status
21
     hearing be vacated and re calendared for March 20, 2009.
22
          This continuance is requested as defense counsel needs adequate
23
     time to prepare for the case, the parties are in negotiations to
24
     resolve the matter, defense counsel is in a 3 week jury trial and has
25
     been in that trial in state court since last week, and the defense has
26
     recently received a large volume of discovery and will be researching
27

28   Stip and Order continuing status hearing

1  for motions to file.

2      Accordingly, all counsel and defendant agree that time under the

3  Speedy Trial Act from the date this stipulation is lodged, through

4  March 20, 2009 should be excluded in computing the time within which

5  trial must commence under the Speedy Trial Act, pursuant to Title 18

6  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

7  DATED: February 20, 2009.      Respectfully submitted,

8                                 MARK J. REICHEL, ESQ.

9                                 /s/ MARK J. REICHEL
                                   MARK J. REICHEL
10                                 Attorney for defendant
                                   DINO ROSETTI

11

12                                 LAWRENCE BROWN
                                   United States Attorney
13

14 DATED: February 20, 2009.      /s/MARK J. REICHEL for:
                                   PHILLIP FERRARI
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17  _____ **O R D E R**

18     **IT IS SO ORDERED.**  Time is excluded in the interests of justice

19  pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

20

21  DATED: February <u>19</u>, 2009.

22                              /s/ Edward J. Garcia
                                THE HONORABLE EDWARD J. GARCIA
23                              Senior, United States District Court Judge

24

25

26

27

28

Stip and Order                              2