MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>                                  )<br>                                  )<br>DINO ROSETTI                      )<br>                                  )<br>             Defendants.          )<br>_____ | Case No. CR-S-08-474 EJG<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE**<br><br>Date: March 20, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, that the present date for the status hearing be vacated and re calendared for March 20, 2009.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, defense counsel is in a 3 week jury trial and has been in that trial in state court since last week, and the defense has recently received a large volume of discovery and will be researching

Stip and Order continuing status hearing

1  for motions to file.

2     Accordingly, all counsel and defendant agree that time under the
3  Speedy Trial Act from the date this stipulation is lodged, through
4  March 20, 2009 should be excluded in computing the time within which
5  trial must commence under the Speedy Trial Act, pursuant to Title 18
6  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

7  DATED: February 20, 2009.      Respectfully submitted,

8                                 MARK J. REICHEL, ESQ.

9                                 /s/ MARK J. REICHEL
                                  MARK J. REICHEL
10                                Attorney for defendant
                                  DINO ROSETTI

12                                LAWRENCE BROWN
                                  United States Attorney

14 DATED: February 20, 2009.      /s/MARK J. REICHEL for:
                                  PHILLIP FERRARI
15                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

17                               **O R D E R**

18    **IT IS SO ORDERED.**   Time is excluded in the interests of justice
19 pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

21 DATED: February 19, 2009.

22                                /s/ Edward J. Garcia
                                  THE HONORABLE EDWARD J. GARCIA
23                                Senior, United States District Court Judge

Stip and Order                              2