MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. CR-S-08-474 EJG
                                    )
            Plaintiff,              ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
    v.                              )
                                    ) Date: April 24, 2009
                                    ) Time: 10:00 a.m.
                                    ) Judge: Hon. Edward J. Garcia
DINO ROSETTI                        )
                                    )
            Defendants.             )
_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, that the present date for the status hearing be vacated and re calendared for April 24, 2009.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, the government attorney will be in a 2 week jury trial, and the defense has received a large volume of discovery and will be researching for motions to file.

Stip and Order continuing status hearing

1 | Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 24, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: March 18, 2009.    Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant
                                DINO ROSETTI

                                LAWRENCE BROWN
                                United States Attorney

DATED: March 18, 2009.    /s/MARK J. REICHEL for:
                                PHILLIP FERRARI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: March 18, 2009.

                                /s/ Edward J. Garcia
                                THE HONORABLE EDWARD J. GARCIA
                                Senior, United States District Court Judge