MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
ON THE WEB AT WWW.REICHELLAW.COM
mark@reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-08-474 EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ) | Date: June 19, 2009 |
| DINO ROSETTI ) | Time: 10:00 |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |

The parties hereto agree to re calendar the status conference for June 19, 2009. In that time, defense counsel will continue to evaluate the discovery provided, conduct necessary legal research, engage in negotiations with the United States, and interview potential witnesses in the case.

Based upon the foregoing, the parties agree to an exclusion of time in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Stip and Order

Respectfully submitted

Dated: April 23, 2009           /s/ Mark J. Reichel

                                MARK J. REICHEL
                                Attorney for Defendant


DATED: April 23, 2009           LAWRENCE BROWN
                                UNITED STATES ATTORNEY

                                /s/ Mark Reichel

                                By PHILIP A. FERRARI
                                ASSISTANT U.S. ATTORNEY

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Dated:   April 23, 2009

                                /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                SENIOR UNITED STATES DISTRICT JUDGE