MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-474 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | |
| ) | Date: July 17, 2009 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| DINO ROSETTI ) | |
| ) | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, that the present date for the status hearing be vacated and re calendared for July 17, 2009.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, the defendant's attorney will be unavailable that day, and the defense is still reviewing documents related to the charges.

Stip and Order continuing status hearing

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 17, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 8, 2009.      Respectfully submitted,

                                        MARK J. REICHEL, ESQ.

                                        /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for defendant
                                        DINO ROSETTI

                                        LAWRENCE BROWN
                                        United States Attorney

DATED: July 8, 2009.      /s/MARK J. REICHEL for:
                                        PHILLIP FERRARI
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 6, 2009.

                                        /s/ Edward J. Garcia
                                        THE HONORABLE EDWARD J. GARCIA
                                        Senior, United States District Court Judge