MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>                              )<br>                              )<br>DINO ROSETTI                  )<br>                              )<br>           Defendants.        )<br>_____) | Case No. CR-S-08-474 EJG<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date: August 28, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, that the present date for the status hearing be vacated and re calendared for August 28, 2009.

   This continuance is requested as the parties are presently in negotiations to resolve the matter and have met on two separate occasions very recently to do so, hoping to prevent the unnecessary use of judicial resources for resolution of various matters, and witnesses were recently re interviewed for clarification of various statements on

1  important issues, and both sides are meeting and also discussing the
2  impact of the statements, and the defense attorney has been in a brief
3  4 day jury trial in state court which began July 30, 2009, and will
4  continue to August 5, 2009, People v. Darin Marin, Dept. 29 before
5  Judge Tim Frawley, Case #08 M 09255. The defense is also still
6  reviewing documents related to these charges.
7       Government counsel is not available August 21, and so the parties
8  have agreed to the date of August 28, 2009 is the court is available.
9       Accordingly, all counsel and defendant agree that time under the
10 Speedy Trial Act from the date this stipulation is lodged, through
11 August 28, 2009 should be excluded in computing the time within which
12 trial must commence under the Speedy Trial Act, pursuant to Title 18
13 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
14 DATED: August 4, 2009.    Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant
DINO ROSETTI

LAWRENCE BROWN
United States Attorney

DATED: August 4, 2009.    /s/MARK J. REICHEL for:
PHILLIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 4, 2009.    /s/ Edward J. Garcia

SR. U. S. DISTRICT JUDGE

Stip and Order                              2