MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>DINO ROSETTI<br><br>　　　　Defendants.<br>_____ | Case No. CR-S-08-474 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: September 11, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, that the present date for the status hearing be vacated and re calendared for September 11, 2009.

This continuance is requested as the parties are presently in negotiations to resolve the matter and have met on two separate occasions very recently to do so, hoping to prevent the unnecessary use of judicial resources for resolution of various matters, and witnesses

Stip and Order continuing status hearing

were recently re interviewed for clarification of various statements on important issues, and both sides are meeting and also discussing the impact of the statements.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 11, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 26, 2009.   Respectfully submitted,

```
                              MARK J. REICHEL, ESQ.

                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for defendant
                              DINO ROSETTI


                              LAWRENCE BROWN
                              United States Attorney
```

DATED: August 26, 2009.   /s/MARK J. REICHEL for:
PHILLIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 26, 2009.

```
                              /s/ Edward J. Garcia
                              THE HONORABLE EDWARD J. GARCIA
                              Senior, United States District Court Judge
```