Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Behrooz Badie

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 08-474 EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| vs. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| ) | |
| ) | **Date: 11-6-09** |
| DINO ROSETTI, and BEHROOZ BADIE, ) | **Time: 10:00 a.m.** |
| ) | **Courtroom: Honorable EDWARD J. GARCIA** |
| Defendants. ) | |
| ) | |

    Defendant Behrooz Badie, through his counsel of record, Patrick K. Hanly, Esq., defendant Dino Rosetti, through his counsel of record Mark Reichel, and plaintiff United States of America, through its counsel, Assistant United States Attorney Philip A. Ferrari, agree and stipulate that the current status conference set for November 6, 2009, in the above case shall be re-scheduled for January 8, 2010 at 10:00 a.m., to allow more time for defense to counsel to analyze the discovery provided by the government. Mr. Badie has recently been added as a defendant in this case. The defense for Mr. Badie is in the process of reviewing over 42,000 pages of discovery provided by the government and needs more time to complete that task. The continuance will allow Mr. Badie to better understand the government's case and thus he will be in a better position to advise the court of the status of the case at the January 8, 2010 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, January 8, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: October 30, 2009                        /s/Mark Reichel_____
                                               Attorney for Defendant
                                               Dino Rosetti


Dated: October 30, 2009                        /s/ Patrick K. Hanly_____
                                               Attorney for Defendant
                                               Behrooz Badie


Dated: October 30, 2009                        UNITED STATES ATTORNEY

                                               By: /s/  Philip A. Ferrari
                                               Assistant United States Attorney


## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated:   November 2, 2009                      /s/ Edward J. Garcia_____
                                               HONORABLE EDWARD J. GARCIA
                                               United States District Court Judge