```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-474 EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING HEARING |
| ) | ON JUDGMENT AND SENTENCE & |
| v. ) | **ORDER thereon** |
| ) | |
| DEREK DAVIS, ) | |
| ) | Date: May 28, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Hon.  Edward J. Garcia |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Derek Davis, by and through his counsel Michael Long, Esq., that the hearing on judgment and sentence currently set for March 12, 2010, be vacated and reset for May 28, 2010 at 10:00 a.m.

```
DATED: March 10, 2010       /s/ Philip Ferrari for
                            MICHAEL LONG, ESQ.
                            Attny. for Derek Davis
DATED: March 10, 2010       BENJAMIN B. WAGNER
                            United States Attorney
                        By: /s/ Philip A. Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney
```

IT IS SO ORDERED this 10th day of March, 2010.

```
                            /s/ Edward J. Garcia
                            _____
                            U. S. DISTRICT JUDGE
```

-1-