1  Patrick K. Hanly (SBN 128521)
   980 9th Street, 16th Floor
2  Sacramento, California 95814
   Telephone: (916) 773-2211
3  Facsimile: (916) 445-9543

4  Attorney for Defendant
   Behrooz Badie
5
                                                    FILED
6                                                   APR 27 2010
                                                    CLERK, U.S. DISTRICT COURT
7                                                   EASTERN DISTRICT OF CALIFORNIA
                                                    BY_____
                                                         DEPUTY CLERK
8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
11 UNITED STATES OF AMERICA,         )  Case No: 08-474 EJG
                                     )
12       Plaintiff,                  )  STIPULATION AND ~~PROPOSED~~ ORDER
                                     )  CONTINUING STATUS CONFERENCE AND
13       vs.                         )  EXCLUDING TIME UNDER THE SPEEDY
                                     )  TRIAL ACT
14 DINO ROSETTI, and BEHROOZ BADIE,  )                    *As Modified*
                                     )  Date: 4-30-10
15                                   )  Time: 10:00 a.m.
         Defendants.                 )  Courtroom: Honorable EDWARD J. GARCIA
16                                   )
                                     )          C|EJG
17 _____)

18      Defendant Behrooz Badie, through his counsel of record, Patrick K. Hanly, Esq., defendant Dino

19 Rosetti, through his counsel of record Mark Reichel, and plaintiff United States of America, through its

20 counsel, Assistant United States Attorney Philip A. Ferrari, agree and stipulate that the current status

21 conference set for April 30, 2010, in the above case shall be re-scheduled for June 25, 2010 at 10:00

22 a.m., to allow more time for defense to counsel to analyze the discovery provided by the government.

23 The defense for Mr. Badie is still in the process of reviewing the over 48,000 pages of discovery

24 provided by the government and needs more time to complete that task. The continuance will allow Mr.

25 Badie to better understand the government's case and thus he will be in a better position to advise the

26 court of the status of the case at the next court date.

27      The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local

28 Code T4, time from the date of this stipulation shall be excluded from computation of time within which

1  the trial of this matter must be commenced under the Speedy Trial Act until and including, June 35, [handwritten: 25 cu]
2  2010, for counsel preparation time and to permit the parties to further investigate, review and complete
3  the exchange of discovery, and prepare the case for further proceedings.

4  Dated: April 26, 2010                    /s/Mark Reichel
                                            Attorney for Defendant
5                                           Dino Rosetti

6
   Dated: April 26, 2010                    /s/ Patrick K. Hanly
7                                           Attorney for Defendant
                                            Behrooz Badie
8

9
   Dated: April 26, 2010                    UNITED STATES ATTORNEY
10
                                            By: /s/  Philip A. Ferrari
11                                              Assistant United States Attorney

12

13                                          **ORDER**

14

15      Based on the stipulation of the parties and good cause appearing there from, the Court hereby
16  finds that the failure to grant a continuance in this case would deny defense counsel reasonable time
17  necessary for effective preparation, taking into account the exercise of due diligence. The Court
18  specifically finds that the ends of justice served by the granting of such continuance outweigh the
19  interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the
20  stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

21

22      **IT IS SO ORDERED.**

23      Dated: April 27, 2010                [signature]
                                            HONORABLE EDWARD J. GARCIA
24                                          United States District Court Judge