Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Behrooz Badie

FILED

JUL 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DINO ROSETTI, and BEHROOZ BADIE,<br><br>Defendants. | Case No: 08-474 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; SETTING MOTION SCHEDULE; AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: 7-30-10<br>Time: 10:00 a.m.<br>Courtroom: Honorable EDWARD J. GARCIA |

Defendant Behrooz Badie, through his counsel of record, Patrick K. Hanly, Esq., defendant Dino Rosetti, through his counsel of record Mark Reichel, and plaintiff United States of America, through its counsel, Assistant United States Attorney Philip A. Ferrari, agree and stipulate that the current status conference set for July 30, 2010, in the above case shall be vacated and in its place the Court shall set the following motion schedule

Motions to be filed: August 27, 2010

Response to Motions: September 24, 2010

Reply to response: October 1, 2010

Hearing on motions: October 8, 2010 at 10:00 a.m.

Stipulation and Order Continuing Status Conference

The parties further agree and stipulate that time under the Speedy Trial Act should be excluded from the date of this stipulation until and including the Court's ruling on the motions based upon 18 U.S.C. §3161 (h) (1) (d) and 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4,

Dated: July 28, 2010  /s/Mark Reichel
Attorney for Defendant
Dino Rosetti

Dated: July 28, 2010  /s/ Patrick K. Hanly
Attorney for Defendant
Behrooz Badie

Dated: July 28, 2010  UNITED STATES ATTORNEY

By: /s/ Philip A. Ferrari
Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. The Court also finds that time should be excluded for the filing of motions from the time the motions are filed until such time as the Court has ruled on the motions. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED.**

Dated: July 28, 2010

HONORABLE EDWARD J. GARCIA
United States District Court Judge