MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-08-474 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DATE FOR FILING AND HEARING OF MOTIONS; ORDER** |
| v. | |
| DINO ROSETTI | Date: October 15, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, DINO ROSETTI, PATRICK K. HANLEY, Esq., Attorney for defendant BADHIE, that the present date for the motions filings and hearing shall be modified as follows:

Defense filings:    September 3, 2010

Opposition by USA: October 1, 2010

Defense Reply:     October 8, 2010

Hearing on motions October 15, 2010.

Stip and Order continuing motions

This continuance is requested as defense counsel needs adequate time to finalize the motions, the defendant's attorney is unavailable August 27 through September 2, and the defense is still reviewing documents related to the charges.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 15, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 27, 2010.   Respectfully submitted,

```
                            MARK J. REICHEL, ESQ.

                            /s/ MARK J. REICHEL
                            MARK J. REICHEL
                            Attorney for defendant ROSETTI

                            PATRICK K. HANLEY, ESQ.

                            /s/ PATRICK HANLEY
                            PATRICK K. HANLEY
                            Attorney for defendant BADHIE

                            BENJAMIN B. WAGNER
                            United States Attorney
```

DATED: August 27, 2010.   /s/MARK J. REICHEL for:
                          PHILLIP FERRARI
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: AUGUST 26, 2010.

```
                            /s/
                            THE HONORABLE EDWARD J. GARCIA
                            Senior, United States District Court Judge
```

Stip and Order                                              2