MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>          Plaintiff,       )<br>                           )<br>     v.                    )<br>                           )<br>                           )<br>DINO ROSETTI               )<br>                           )<br>          Defendants.      )<br>_____ | Case No. CR-S-08-474 EJG<br>**AMENDED**<br><br>**STIPULATION AND ORDER CONTINUING MOTIONS HEARING DATE**<br><br>Date: November 19, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, Dino Rosetti, PATRICK K. HANLY, Esq., attorney for defendant Badie, that the present date for the Motions hearing be vacated and re calendared for November 19, 2010.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the defendant Rosetti's attorney will be unavailable the day of October 15, 2010 and the defense is still reviewing discovery documents related to the charges.

Stip and Order continuing Motions hearing

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, November 19, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 13, 2010.     Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant
DINO ROSETTI

Respectfully submitted,

PATRICK K. HANLY, ESQ.

/s/ MARK J. REICHEL
PATRICK K. HANLY
Attorney for defendant
Behrooz Badie


BENJAMIN WAGNER
United States Attorney

DATED: October 13, 2010.     /s/MARK J. REICHEL for:
PHILLIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 13, 2010.

/s/ Edward J. Garcia
THE HONORABLE EDWARD J. GARCIA
Senior, United States District Court Judge

Stip and Order                    2