BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-474 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON MOTIONS |
| v. ) | TO SEVER AND TO SUPPRESS |
| ) | |
| BEHROOZ BADIE, and ) | |
| DINO ROSETTI, ) | Date: January 7, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Hon.  Edward J. Garcia |
| _____) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Behrooz Badie and Dino Rosetti, by and through their respective counsel, that the hearing on defendant Badie's motions to sever and to suppress currently set for November 19, 2010, be vacated and reset for January 7, 2011 at 10:00 a.m.  The reason for the requested continuance is continuity of counsel, so that counsel for all parties may attend the hearing.  In addition to the pending motions, the parties stipulate that the ends of justice are served by the Court excluding the time between the date of this Order and the appearance on January 7 from calculation under the speedy trial

-1-

act, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for January 7, 2011 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4) and 3161(h)(1)(D) [pending pre-trial motions] (Local Code E).

DATED: November 16, 2010      /s/ Philip Ferrari for
                              PAT HANLY, ESQ.
                              Attny. for Behrooz Badie

DATED: November 16, 2010      /s/ Philip Ferrari for
                              MARK REICHEL, ESQ.
                              Attny. for Dino Rosetti

DATED: November 16, 2010      BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Philip A. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: November 17, 2010      /s/ Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE