MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DINO ROSETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br><br>DINO ROSETTI<br><br>            Defendants. | Case No. CR-S-08-474 EJG<br><br>**STIPULATION AND ORDER CONTINUING MOTIONS HEARING DATE**<br><br>Date: January 21, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHILLIP FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, Dino Rosetti, PATRICK K. HANLY, Esq., attorney for defendant Badie, that the present date for the Motions hearing be vacated and re calendared for January 21, 2011.

This continuance is requested as both defense counsel needs adequate time to prepare for the case and the defense is still reviewing discovery documents related to the charges.

Accordingly, all counsel and defendant agree that time under the

Stip and Order continuing Motions hearing

Speedy Trial Act from the date this stipulation is lodged until January 21, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 5, 2011.   Respectfully submitted,

        MARK J. REICHEL, ESQ.

        /s/ MARK J. REICHEL
        MARK J. REICHEL
        Attorney for defendant
        DINO ROSETTI

        Respectfully submitted,

        PATRICK K. HANLY, ESQ.

        /s/ MARK J. REICHEL
        PATRICK K. HANLY
        Attorney for defendant
        Behrooz Badie

        BENJAMIN WAGNER
        United States Attorney

DATED: January 5, 2011.   /s/MARK J. REICHEL for:
        PHILLIP FERRARI
        Assistant U.S. Attorney
        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 4, 2011.

        /s/ Edward J. Garcia
        THE HONORABLE EDWARD J. GARCIA
        Senior, United States District Court Judge