```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S-08-474 EJG
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )   CONTINUING HEARING ON MOTIONS
13         v.                    )   TO SEVER AND TO SUPPRESS
                                 )
14  BEHROOZ BADIE, and           )
    DINO ROSETTI,                )   Date: March 11, 2011
15                               )   Time: 10:00 a.m.
                Defendant.       )   Hon. Edward J. Garcia
16  _____)
17
```

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Behrooz Badie and Dino Rosetti, by and through their respective counsel, that the status conference currently set for February 25, 2011, be vacated and reset for March 11, 2011 at 10:00 a.m. The parties anticipate setting a trial date at the next appearance. The reason for the requested continuance is that counsel are still working through scheduling issues. In addition, counsel for Badie is working with the government to identify various documents within the discovery to enable counsel to prepare for trial. The parties stipulate that the ends of justice are served by

-1-

1  the Court excluding the time between the date of this Order and the
2  appearance on March 11 from calculation under the speedy trial act,
3  so that each defense counsel may have reasonable time necessary for
4  effective preparation, taking into account the exercise of due
5  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, speedy
6  trial time is to be excluded from the date of this order through the
7  date of the hearing set for **March 11,** 2011 pursuant to 18 U.S.C.
8  3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 23, 2011        /s/ Philip Ferrari for
                                PAT HANLY, ESQ.
                                Attny. for Behrooz Badie

DATED: February 23, 2011        /s/ Philip Ferrari for
                                MARK REICHEL, ESQ.
                                Attny. for Dino Rosetti

DATED: February 23, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Philip A. Ferrari
                                PHILIP A. FERRARI
                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 24, 2011        /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE