```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. No. S-08-474 EJG |
| )  | |
| Plaintiff,  )  | STIPULATION AND ORDER |
| )  | CONTINUING HEARING ON MOTIONS |
| v.  )  | TO SEVER AND TO SUPPRESS |
| )  | |
| BEHROOZ BADIE, and  )  | |
| DINO ROSETTI,  )  | Date: March 11, 2011 |
| )  | Time: 10:00 a.m. |
| Defendant.  )  | Hon.  Edward J. Garcia |
| _____)  | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Behrooz Badie and Dino Rosetti, by and through their respective counsel, that the status conference currently set for February 25, 2011, be vacated and reset for March 11, 2011 at 10:00 a.m.  The parties anticipate setting a trial date at the next appearance.  The reason for the requested continuance is that counsel are still working through scheduling issues.  In addition, counsel for Badie is working with the government to identify various documents within the discovery to enable counsel to prepare for trial.  The parties stipulate that the ends of justice are served by

-1-

the Court excluding the time between the date of this Order and the appearance on March 11 from calculation under the speedy trial act, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for **March 11,** 2011 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 23, 2011          /s/ Philip Ferrari for
                                 PAT HANLY, ESQ.
                                 Attny. for Behrooz Badie

DATED: February 23, 2011          /s/ Philip Ferrari for
                                 MARK REICHEL, ESQ.
                                 Attny. for Dino Rosetti

DATED: February 23, 2011         BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 24, 2011          /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE