**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA   95814
(916) 447-1920
Mike.Long.Law@msn.com

April 8, 2011

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

**FILED**
APR 1 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 4/15/11 to 8/12/11

Dear Ms. Lydon:

   In speaking with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis. Co-defendants Badie and Rosetti next appear in your court for a trial confirmation hearing on August 5, 2011.

   We jointly request that the sentencing hearing currently scheduled for April 15, 2011, at 10:00 a.m. be re-scheduled for August 12, 2011, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari


IT IS SO ORDERED.

Dated:  4/8/11                    _____
                                  Edward J. Garcia
                                  United States District Court Judge