```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   TODD A. LERAS
3  Assistant U.S. Attorneys
   501 I Street, Room 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2744
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BEHROOZ BADIE, and<br>DINO ROSETTI,<br><br>  Defendants. | CR. No. S-08-0474 EJG<br><br>UNOPPOSED MOTION TO DISMISS COUNT SEVEN AND [proposed] ORDER |

For the reasons discussed below, the United States hereby requests that the Court dismiss Count Seven in the above-referenced superseding indictment. The basis for this motion is that Count 7 mistakenly refers to a transaction which, although related to the charged scheme to defraud, is not actually part of the scheme.

Count Seven charges defendants Badie and Rosetti with committing mail fraud in connection with a transaction involving W.E. and a residence located at 6130 Sweeney Road, in Somerset California, on or about December 8, 2006. In fact, with the assistance of Badie and Rosetti, W.E. purchased a residence located at 6134 Sweeney Road on January 31, 2006. This purchase included 10

1  vacant acres on an adjacent piece of land with the address 6130
2  Sweeney Road. On December 8, 2006, with Badie's assistance, W.E.
3  sold the 10 acres at 6130 Sweeney Road. This is the transaction
4  referred to in Count 7. Because this transaction is not properly
5  viewed as a part of the scheme to defraud, the government moves for
6  the dismissal of Count 7 pursuant to Federal Rule of Criminal
7  Procedure 48(a)
8      It should be noted that the purchase of 6134 Sweeney Road is
9  specifically referenced in the Superseding Indictment (¶ 12).
10 Documents relating to this transaction have been produced in
11 discovery and the government intends to introduce evidence relating
12 to this transaction at trial.
13     Defendants Badie and Rosetti have been advised of this motion
14 and do not object to it.
15 DATED: September 8, 2011           BENJAMIN B. WAGNER
                                      United States Attorney
16
17                                 By:   /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
18                                    TODD A. LERAS
                                      Assistant U.S. Attorneys
19
20
                             O R D E R
21
        For the reasons stated above, it is hereby ORDERED that
22
   pursuant to Fed.R.Crim.P. 48(a), Count 7 of the superseding
23
   indictment in case CR S 08-0474 EJG is dismissed.
24
25 Date:   9/9/11
26
27                                   _____
                                     EDWARD J. GARCIA
28                                   DISTRICT COURT JUDGE