UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**MEMORANDUM AND ORDER**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                RE:   Dino ROSETTI
                       Docket Number:   2:08CR00474-02
                       <u>CONTINUANCE OF JUDGMENT
                       AND SENTENCING AND
                       DISCLOSURE DATES; ORDER</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 16, 2011 to March 23, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the heavy workload demands in the court unit, the undersigned probation officer has not been able to start working on the presentence report. The probation officer is retiring on December 30, 2011, so the case will need to be re-assigned to a new probation officer.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                               Respectfully submitted,

                               RICHARD W. ELKINS
                               Senior United States Probation Officer

**REVIEWED BY:**
                               HUGO ORTIZ
                               Supervising United States Probation Officer

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:    Dino ROSETTI**
       **Docket Number:   2:08CR00474-02**
       <u>**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**</u>

Dated:       December 13, 2011
             Sacramento, California
             RWE/mc

Attachment

cc:    Colleen Lydon, Clerk, United States District Court
       Phil Ferrari, Assistant United States Attorney
       Todd Leras, Assistant United States Attorney
       Mark Reichel, Defense Counsel
       Probation Office Calendar clerk

✓ **Approved**           _____           12/16/11

                         EDWARD J. GARCIA
                         **Senior United States District Judge**           **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:08CR00474-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Dino ROSETTI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/23/2012 |
| Reply, or Statement of Non-Opposition: | 03/16/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/09/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/02/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/24/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/10/2012 |