**REICHEL, PLESSER L.L.P.**
**ATTORNEYS AT LAW**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA 95814
(916) 498-9258 Fax: (916) 441-6553
mark@reichellaw.com

*Mark J. Reichel*
*Attorney At Law*

On the web at www.reichelplesser.com

FILED
FEB 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# MEMORANDUM and Order

DATE:     January 31 2012

TO:       Colleen Lydon
          Courtroom clerk to the Honorable Edward J. Garcia
          Senior, United States District Court Judge

          Phil Ferrari AUSA

FROM:     Mark J. Reichel

SUBJECT:  **United States v. Dino Rosetti** CR.S-08-474 EJG

          **Continuance of sentencing date**

Dear Ms. Lydon

Please be advised that the parties have agreed to re set the sentencing in this matter for April 20, 2012.

My father just passed away and I will be out of the office for 2 weeks with my mother. The probation interview will therefore be moved back and a new date for sentencing is requested.

IT IS SO ORDERED

[signature]
2/2/12