UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**



Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                       RE:   **Dino ROSETTI**
                                                     **Docket Number:   2:08CR00474-01**
                                                     **CONTINUANCE OF JUDGMENT**
                                                     **AND SENTENCING; ORDER**

Your Honor:

On February 2, 2012, defense counsel filed a request to continue sentencing in this case to April 20, 2012. The request was approved that same date. Unfortunately, a new sentencing schedule was not provided with the continuance request. A new proposed sentencing schedule is included herein.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        LINDA L. ALGER
                                 Senior United States Probation Officer

**REVIEWED BY:**                        
                               HUGO ORTIZ
                               Supervising United States Probation Officer

Dated:       February 14, 2012
                Sacramento, California

Attachment

**RE:   Dino Rosetti**
    **Docket Number:   2:08CR00474-01**
    **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

cc:   Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk

✓ **Approved**

_____    2/16/12
**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Dino Rosetti<br><br>Defendant. | Docket Number:   2:08CR00474-01<br><br>SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 04/20/2012@10am |
| Reply, or Statement of Non-Opposition: | 04/13/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/06/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/30/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 03/23/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 03/09/2012 |