**REICHEL, PLESSER L.L.P.**
**ATTORNEYS AT LAW**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA  95814
(916) 498-9258  Fax: (916) 441-6553
mark@reichellaw.com

*Mark J. Reichel*
*Attorney At Law*

On the web at www.reichelplesser.com

## MEMORANDUM & Order

**FILED**
APR 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

DATE:   April 2, 2012

TO:     Colleen Lydon
        Courtroom Clerk to the Honorable
        Edward J. Garcia
        United States District Court Judge

FROM:   Mark Reichel

Re:

United States v. Rosetti  CR-S-08-474 EJG

Continuance of sentencing schedule

---

Dear Ms. Lydon:

Please be advised that the parties have agreed to re set the sentencing schedule in this matter as follows:

| | |
|---|---|
| Sentencing | June 15, 2012 |
| Objections to Draft PSR | May 4, 2012 |
| Final PSR Report filed: | May 18, 2012 |
| Formal Objections/sent Memo | June 1, 2012 |

**IT IS SO ORDERED**

*[signature]*
4/2/12