**REICHEL, PLESSER L.L.P.**
ATTORNEYS AT LAW
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA 95814
(916) 498-9258 Fax: (916) 441-6553
mark@reichellaw.com

On the web at www.reichelplesser.com

## MEMORANDUM *And Order*

DATE:  April 25, 2012

TO:    Colleen Lydon
       Courtroom clerk to the Honorable
       Edward J. Garcia
       United States District Court Judge

FROM:  Mark Reichel

Re:

<u>United States v. Rosetti</u> 08-CRS-0474 EJG

Continuance of sentencing schedule

---

Dear Ms. Lydon:

Please be advised that the parties have agreed to re set the sentencing schedule in this matter.

The reason is because defense counsel has a family commitment for June 15. June 15 is the current date for sentencing. This request is to move the matter back 14 days, to the 29th. There is a family commitment for defense counsel regarding his son which would be very difficult to change, it involves pre paid air tickets.

IT IS SO ORDERED

[signature]
4/25/12

The parties request the following dates:

| | |
|---|---|
| Sentencing | June 29, 2012 |
| Objections to Draft PSR | May 24, 2012 |
| Final PSR Report filed: | June 8, 2012 |
| Formal Objections/sent Memo | June 15, 2012 |
| Reply | June 22 2012 |