BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DINO ROSETTI,<br><br>             Defendant. | CR. No. S-08-474 EJG<br><br>STIPULATED REQUEST FOR<br>CONTINUANCE OF HEARING ON<br>JUDGMENT AND SENTENCE;<br>and ORDER<br><br>Date: August 24, 2012<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

The United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Dino Rosetti, by and through his counsel Mark Reichel, Esq., hereby request that the hearing on judgment and sentence currently set for June 29, 2012, be vacated and reset for August 24, 2012, at 10:00 a.m.

The government is seeking this continuance for two reasons. First, the loss amount noted in Mr. Rosetti's Advisory Guideline Presentence Investigation Report differs from that noted in the PSR prepared for co-defendant Derek Davis. <u>Compare</u>, Rosetti PSR, ¶ 25, and Davis PSR, ¶ 35. Although the government failed to timely raise the issue with the Probation Officer assigned to Mr. Rosetti's PSR, it believes that the Guideline loss amount in both cases should be

-1-

1 the same.  It is the government's position that both PSRs should
2 accurately reflect the loss, and that counsel for Mr. Rosetti should
3 have the opportunity to respond to the actual loss figure.  The
4 second reason for the requested continuance is that while the victim
5 financial institutions have been contacted in this case, it appears
6 they may not have been provided sufficient information to enable the
7 submission of a restitution claim.
8     The loss and restitution figures relevant to Mr. Rosetti will
9 be similar (and in some cases identical) to the figures relevant to
10 co-defendants Davis and Badie.  Mr. Davis and Mr. Badie are both
11 currently set to be sentenced on August 24, 2012.  The government
12 requests that Mr. Rosetti's hearing on judgment and sentence be set
13 for the same day.  Mr. Rosetti joins in this request.

15 DATED: June 25, 2012            /s/ Philip Ferrari for
                                  MARK REICHEL, ESQ.
16                                Attny. for Dino Rosetti

17
   DATED: June 25, 2012           BENJAMIN B. WAGNER
18                                United States Attorney

19
                            By:   /s/ Philip A. Ferrari
20                                PHILIP A. FERRARI
                                  Assistant U.S. Attorney
21

25 ///
26 ///
27 ///
28 ///

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. The hearing on judgment and sentence in the above-referenced matter, previously set for June 29, 2012, is hereby vacated and continued to August 24, 2012, at 10:00 A.M.; and

2. The Court adopts the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/24/2012 |
| Reply, or Statement of Non-Opposition: | 08/17/2012 |
| Motion For Correction of PSR: | 08/10/2012 |
| PSR Shall be Filed: | 08/03/2012 |
| Informal Objections Re: Loss Due: | 07/27/2012 |

Date: _June 25, 2012_____

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              DISTRICT COURT JUDGE