**REICHEL, PLESSER L.L.P.**
**ATTORNEYS AT LAW**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA 95814
(916) 498-9258 Fax: (916) 441-6553
mark@reichellaw.com

Mark J. Reichel
Attorney At Law

On the web at www.reichelplesser.com

**FILED**
AUG 0·6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## MEMORANDUM

DATE:      August 3, 2012

TO:        Colleen Lydon
           Courtroom clerk to the Honorable
           Edward J. Garcia
           United States District Court Judge

FROM:      Mark Reichel

Re:

<u>United States v. Rosetti</u> 08-CRS-0474 EJG

Continuance of sentencing schedule

---

Dear Ms. Lydon:

Please be advised that the parties have agreed to re set the sentencing date in this matter, with the court's approval, from August 24th, to September 14, 2012 for sentencing.

This request is also made with the request of the probation department, which joins in the request.

The informal objections are on file, and the probation department will now file the final psr with the court. Ms Alger with probation is out of the office until Tuesday August the 14th.

Mr. Reichel was also very ill, and got behind a few days in the case. Mr. Reichel was extremely ill, and hospitalized, in middle July. He suffered heat exhaustion, a serious influenza, migraine headaches, and heart irregularities. He compromised his internal organs because of the heat exhaustion, and still had blood in his urine as of July 15, 2012. Basically, while camping at a remote area, without cell or internet service, on July 8, 2012, he contacted the flu bug as well as heat exhaustion. He was seen by the emergency department of Sacramento Sutter Hospital Monday the 9th, and then held overnight Tuesday the 10th. He was re seen by doctors again Friday, July 13th. He was again seen by doctors on 18th. He was unable to work until August 1, 2012.

It lasted longer than anyone expected. The influenza he had made him unable to cool his body core temperature down and he remained bedridden most of the time from July 20 to July 31, 2012. He had a written doctor's recommendation which ordered I not work nor leave bed rest until at least July 23rd. As of August 1, he has recovered well enough to actually work full time.

The foregoing factors, coupled with Ms. Alger's absence until August 14th require a re-setting of the sentencing date.

IT IS SO ORDERED

8/6/12