UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**



FILED
AUG 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                  RE:    Dino ROSETTI
                                            Docket Number:   2:08CR00474-02
                                            **CONTINUANCE OF JUDGMENT**
                                            **AND SENTENCING; ORDER**

Your Honor:

On August 6, 2012, you continued the sentencing hearing in the above-referenced matter to September 14, 2012. This was done at the request of all parties. However, no new sentencing schedule was submitted. Therefore, attached is an amended Schedule for Disclosure.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        /s/ Linda L. Alger
                                        LINDA L. ALGER
                                        **Senior United States Probation Officer**

**REVIEWED BY:**    /s/ Jeffrey C. Oestreicher
                                   JEFFREY OESTREICHER
                                    **Supervising United States Probation Officer**

Dated:      August 17, 2012
               Sacramento, California
               LLA

Attachment

**RE:** **Dino ROSETTI**
**Docket Number:   2:08CR00474-02**
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**</u>

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____     8/20/12
**EDWARD J. GARCIA**                              **Date**
**Senior United States District Judge**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:   2:08CR00474-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Dino ROSETTI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/14/2012@10am |
| Reply, or Statement of Non-Opposition: | 09/07/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/31/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/24/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Completed |

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG