**REICHEL, PLESSER L.L.P.**
**ATTORNEYS AT LAW**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA 95814
(916) 498-9258  Fax: (916) 441-6553
mark@reichellaw.com

*Mark J. Reichel*
*Attorney At Law*

On the web at www.reichelplesser.com

# MEMORANDUM *& Order*

c/EJG

DATE:   September 6, 2012

TO:     Colleen Lydon
        Courtroom clerk to the Honorable
        Edward J. Garcia
        United States District Court Judge

**FILED**
SEP 10 ~~2011~~ 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

FROM:   Mark Reichel

Re:

United States v. Rosetti  08-CRS-0474 EJG

Continuance of sentencing schedule

---

Dear Ms. Lydon:

Please be advised that the parties have agreed to re set the sentencing date in this matter from September 14, 2012 to September 28, 2012 for sentencing, if the court is available.

The informal objections are on file, and the final psr is also with the court. The transcripts of the trial have been prepared and will be viewed by the parties to attempt to resolve any disputed issues.

IT IS SO ORDERED

*[signature]*
9/10/12