**REICHEL, PLESSER L.L.P.**
**ATTORNEYS AT LAW**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA  95814
(916) 498-9258  Fax: (916) 441-6553
mark@reichellaw.com

Mark J. Reichel
Attorney At Law

On the web at www.reichelplesser.com

# MEMORANDUM *& Order*

FILED
OCT 08 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DATE:  October 2, 2012

TO:    Colleen Lydon
       Courtroom clerk to the Honorable
       Edward J. Garcia
       United States District Court Judge

FROM:  Mark Reichel

Re:

United States v. Rosetti 08-CRS-0474 EJG

Continuance of sentencing schedule

---

Dear Ms. Lydon:

Please be advised that I am requesting that sentencing be moved one week in this case.  I have made this request of the government and they do not oppose the request.

I spent last Friday in an evidentiary hearing all afternoon before Judge Burrell in United States v. Zoval and got behind on the Rosetti case. I prepared for that hearing for some time as there were 3 witnesses for the government and there is extensive discovery on that fraud case. Yesterday morning, Monday, my law partner Mr. Steve Plesser had the flu very bad he went to Kaiser and was treated, and released. I was forced to then handle state court appearances yesterday and other business for Mr. Plesser, unexpectedly, and was unable to file a Sentencing Memorandum in this case.

When I tried to file my Sentencing Memorandum today I stayed at home to do this. I did draft the Memorandum but the scanner at my house was not working so I spent a large portion of the day trying to scan the relevant documents in for filing.

I have just now in the afternoon of the 2nd gotten the Sentencing Memorandum on file. **I will note that it is the first Sentencing Memorandum on file in this case of the 3 defendants.** The drafting and filing of the Sentencing memorandum took much longer than anticipated, as the issues were somewhat complex.

Mr. Rosetti will be the first of the 3 defendants to be sentenced. The government does not oppose this request for a 1 week continuance of the sentencing in this matter.

I apologize to the court for any inconvenience this requested continuance causes.

IT IS SO ORDERED

[signature]

10/3/12