UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:08-cr-0474 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DINO ROSETTI, | |
| Defendant. | |

----oo0oo----

      The court defers to the Bureau of Prisons on the question of whether to transfer defendant to a halfway house or home confinement prior to his determined release date. Defendant's motion for a recommendation to that effect (Docket No. 327) is therefore DENIED.

Dated: August 12, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1