UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-474 WBS KJN |
| Plaintiff, | |
| v. | ORDER |
| DEREK DAVIS, | |
| Defendant. | |

----oo0oo----

On January 28, 2019, this court denied without prejudice defendant Derek Davis' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Docket Nos. 387, 388.) The court noted that defendant used a form pleading and wrote throughout "SEE BRIEF," including the sections where he would normally state the grounds for his claims. Because defendant did not provide the court with any supporting brief, the court held that defendant had not provided the court with any grounds upon which the court could grant relief.

Defendant then filed a "Motion to Reinstate" (Docket

1

No. 389.) on February 6, 2019, which the magistrate judge construed as both a motion to reconsider this court's order and a motion pursuant to 28 U.S.C. § 2255 (Docket No. 396). The magistrate judge dismissed the request for relief under § 2255 but granted leave to amend, and recommended denial of the request to reconsider. Defendant has since filed multiple amended motions for relief under § 2255 which are still pending.

Because defendant was granted leave to file an amended § 2255 petition and did in fact file an amended petition after both this court's January 28, 2019 order and the magistrate judge's March 29, 2019 order, defendant's request to reconsider the court's January 28, 2019 order is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: July 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2